Jonathan Lee Riches d/b/a
Bernard Madoff,
Plaintiff

2:09-cv-189WTL-DML

V.

Jon & Kate Plus 8; Kate Gosselin; Jon Gosselin; Nadya Suleman; Deanna Hummel; Steve Neild; Cara Gosselin; Mady Gosselin; Hannah Gosselin; Leah Gosselin; Joel Gosselin; Aaden Gosselin; Alexis Gosselin; Collin Gosselin,
Defendants

## Preliminary Injunction, Temporary Restraining order, TRO
## I seek 8 Gosselin's & 8 Suleman's - They are my children

Comes now, Jonathan Lee Riches d/b/a Bernard Madoff, I seek federal custody of my 16 children, I seek child support and a preliminary Injunction and Restraining order forbidding my children from being exposed commercially on T.V. which puts me and my little rascals in imminent danger. I'm the true father to Kate Gosselin's 8 children, I seek a paternity test to prove this and a DNA test. If you see closely all the children have my facial features and eye colors. Kate Gosselin has always had a obsession with Jon's. We met in 2000 at a Harrisburg Pennsylvania Long John Silvers over octopuss. In 2001, Kate Gosselin forced me to use stolen visa capital one credit cards to finance IVF fertility treatments for her so we can start a family and have children. My sperm was also added to the mix, Kate Gosselin then became pregnant with my children, and now I want them back. I seek federal custody of Kate Gosselins children, I can provide a better enviroment for them, I'm a Inmate at the Federal medical center in Lexington Kentucky, this place is secure like Ft. Knox. If I'm granted custody, I can provide the children 3 square meals a day, 24 hr armed guard security with locked cells at night for protection. We have Government healthcare, everyday Solitary Bed N Breakfast, recreation yard. I would have so much quality time to spend with them being a Mr. Mom Nanny, we have a huge Library, where I can read them childrens books, the prison vending machines have candy & goodies, and the prison commissary has plenty of Jon-son & Jon-son Baby products, and plenty of Jon Toliets here. Having my kids exposed on TLC puts them in danger. TLC stands for Torturing Little Children. My kids are camera shy and noone gave me parental consent

to agree to have them on T.V., I never signed a permission slip either. I'm also in prison now for Identity fraud because my bodyguard Steve Neild failed to protect me. I paid him 1 million dollars to shield me from Federal Agents, he promised to take a bullet for me, we were lovers before I met Kate, it was me, Neild and my other bodyguard Kevin Costner, a trio. I used Identity theft money to pay their salaries. I seek a restraining order Against Deanna Hummel who is threatening me on behalf of Jon Gosselin, I have naked photographs of Hummel & Jon Gosselin together at a Holiday Inn Express in Reading Pennsylvania that I'm in negotiations with the National Enquirer to sell to them, in which Jon Gosselin knows, if the tabloids get these photos his acting career is over because his private parts would scare the world, as Jon Gosselin is really a women on steroids, and the evidence will show he can't be the true father to Kate Gosselin's children, I am. I'm also the father to Nadya Suleman a/k/a octomom's 8 children. I seek custody of them. The federal medical center in Lexington Kentucky has a pilot program where inmates in the mental ward provide sperm & DNA as donors for IVF fertility treatments to help females get pregnant. My sperm was collected here, the U.S. Marshalls shipped it to California where my sperm was injected by the CIA into Nadya Suleman, she became pregnant with my kids, Nadya Suleman has access to old Dell computers of mine that the FBI did not seize and inside the hardrive is 1 million credit card #'s that were stolen in a hacking, phishing, spamming program that I used to hack AOL, my case was featured on CNN presents "How to Rob a Bank" online. Suleman is using these stolen credit cards right now to buy my babies pampers, Huggies, Tater Tots, and Toys R Us giftcards. If she does not stop using these credit cards, I could get re-indicted again, I seek government intervention. I seek a restraining order Against ABC's "All my children" which are my kids too. I seek a paternity test on Sen. John Edwards mistress Debra Reille, Michael Jacksons mother of his suppose children. I met John Edwards mistress during my court campaigning to get out of prison. Miss Hunter Assaulted me with Jackson's Glove on the Neverland. The Defendants are currently defrauding the federal WIC program, drinking the baby formula for themselves instead of my children getting proper nutrients. I also seek a paternity test of Bristol Palin's child which might be mine, which Bristol kidnapped from Linda Tripp. I beat Wilt Chamberlains record of sleeping with the most women. Sarah Jessica Parker is pregnant with my child. I sued Brad Pitt "Riches v. Pitt", I sued Black history month. I sued Britney Spears, Jennifer Anniston, Lindsay Lohan, Hannah Montana all of them are in possession of my sperm taking from me without a federal warrant, my sperm is to be used on all celebrity females to breed the world of little Jonathan Lee Riches. This could be dangerous, I'm the one and only. "Watch what you do, or I'll sue you". Defendants stole my Bernard Madoff Drivers license and plan to withdraw my money illegally from my Bank of America account to raise my 16 children. I cry when I see my children on T.V. and I can't hold or hug them, its so sad the defendants are keeping my children from visiting me. I pray this court will grant my motions for relief

Jonathan Lee Riches d/b/a Bernard Madoff
#40948018
Federal Medical Center        859-255-6812
P.O. Box 14500
Lexington, KY 40512

respectfully,

5-26-09